**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CESAR MANUEL PEREZ NORIEGA,<br>Defendant. | Case No.: 26-CR-4401-H<br>**ORDER OF JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom, **IT IS HEREBY ORDERED** that the Information against Defendant in this case is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: November 20, 2026

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE